B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 6:09–bk–13943–ABB

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Douglas Richard Underwood | Myra Sue Underwood |
| 15763 Bermuda Street | 15763 Bermuda Street |
| Orlando, FL 32828 | Orlando, FL 32828 |

Social Security No.:
xxx–xx–1475                                                xxx–xx–9385

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: January 11, 2010

Arthur B. Briskman
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-6           User: gkim              Page 1 of 1           Date Rcvd: Jan 11, 2010
Case: 09-13943                 Form ID: B18J           Total Noticed: 12

The following entities were noticed by first class mail on Jan 13, 2010.
db/jdb     +Douglas Richard Underwood,   Myra Sue Underwood,   15763 Bermuda Street,   Orlando, FL 32828-5355
tr         +Marie E. Henkel,   3560 South Magnolia Avenue,   Orlando, FL 32806-6214
16932610   +Citibusiness Card,   P.O. Box 44180,   Jacksonville, FL 32231-4180
16932612   +EMERGE/FNBO,   PO BOX 105374,   ATLANTA, GA 30348-5374
16932613    Law Office of Robert J. Pellegrino PA,   627 Hearthglen Blvd.,   Winter Garden, FL 34787-4521
16932614   +METLIFE HOME LOAN,   4000 HORIZON WAY,   IRVING, TX 75063-2260

The following entities were noticed by electronic transmission on Jan 11, 2010.
tr         +EDI: QMEHENKEL.COM Jan 11 2010 19:58:00     Marie E. Henkel,   3560 South Magnolia Avenue,
             Orlando, FL 32806-6214
cr         +EDI: RECOVERYCORP.COM Jan 11 2010 19:58:00     Recovery Management Systems Corporation,
             Attn Ramesh Singh,   25 SE 2nd Ave Ste 1120,   Miami, Fl 33131-1605
16932608   +E-mail/Text: mort@americanobeachresort.com                         Americano Beach Resort,
             1260 N. Atlantic Ave.,   Daytona Beach, FL 32118-3692
16932609   +EDI: CHASE.COM Jan 11 2010 19:58:00     CHASE,   PO BOX 15298,   WILMINGTON, DE 19850-5298
16943933    EDI: FLDEPREV.COM Jan 11 2010 19:53:00     Florida Department of Revenue,   Bankruptcy Unit,
             Post Office Box 6668,   Tallahassee FL 32314-6668
16943934   +E-mail/Text: Bankruptcy@octaxcol.com                               Orange County Tax Collector,
             Attn: Earl K. Wood,   Post Office Box 2551,   Orlando FL 32802-2551
17204054    EDI: RECOVERYCORP.COM Jan 11 2010 19:58:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16932611*  +Douglas Richard Underwood,   15763 Bermuda Street,   Orlando, FL 32828-5355
16932615*  +Myra Sue Underwood,   15763 Bermuda Street,   Orlando, FL 32828-5355
                                                                                           TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2010**                    **Signature:**     _Joseph Speetjens_